IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL PRESERVACHEM, INC.,   )
                                )
            Plaintiff,          )
                                )
     v.                         )     1:24CV636
                                )
DELL'S CHERRIES, LLC,           )
                                )
            Defendant(s).       )

**ORDER**

On August 11, 2025, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the motion to dismiss or, in the alternative, to transfer venue for forum non conveniens (Doc. 11) is DENIED to the extent it sought dismissal and is GRANTED as to Defendant's motion to transfer pursuant to 28 U.S.C. § 1404(a), and this action shall be TRANSFERRED to the United States District Court for the Eastern District of New York.

                                            /s/   Thomas D. Schroeder
September 11, 2025             United States District Judge